# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

SCOTT KILIAN,

      Plaintiff,

                          CASE NUMBER: 18-1112-JDT-cgc

v.

TAMARA FORD, ET AL.,

      Defendants.

**Decision by Court.**   This action came before the Court and the issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on July 9, 2019, Kilian has not filed an amended complaint, and the time within which to do so has expired, therefore, judgment will be entered in accordance with the June 4, 2019 order dismissing the complaint for failure to state a claim.

      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure (24)(a), that any appeal in this matter by Kilian would not be taken in good faith.

**APPROVED:**

                        **s/ James D. Todd**
                        James D. Todd
                        United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**